AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

BRUCE SINGER

*Defendant*

Case No. 17-cr-30007 (MGM)

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ❐ Complaint
❐ Probation Violation Petition ☑ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of Court

| | |
|---|---|
| Place: U.S. District Court<br>300 State Street<br>Springfield, MA 01105 | Courtroom No.: Hampshire Courtroom |
| | Date and Time: 05/06/2026 11:30 am |

This offense is briefly described as follows:

Violation(s) to conditions of supervised release

Date: 04/22/2026

/s/ Melissa M. Rivera
*Issuing officer's signature*

Melissa M. Rivera, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❐ Executed and returned this summons ❐ Returned this summons unexecuted

Date: ____________

*Server's signature*

*Printed name and title*